AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

In the Matter of the Search of  )
THE PREMISES LOCATED AT: 9030 Saint Louis Avenue, St. Louis,  )
MO 63114, and any person located at the SUBJECT PREMISES.  )
)  Case No.  4:20 MJ 7161 SPM
)
)  SIGNED AND SUBMITTED TO THE COURT FOR
)  FILING BY RELIABLE ELECTRONIC MEANS
)

**FILED**

MAY 27 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    EASTERN    District of    MISSOURI
*(identify the person or describe the property to be searched and give its location)*:

THE PREMISES LOCATED AT: 9030 Saint Louis Avenue, St. Louis, MO 63114, and any person located at the SUBJECT PREMISES.

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before    June 10, 2020    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  Honorable Shirley Padmore Mensah, U.S. Magistrate Judge   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   5·27·2020; 16:21        *[signature]*
                                                  Judge's signature

City and state:    St. Louis, MO                 Honorable Shirley Padmore Mensah, U.S. Magistrate Judge
                                                  *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** ||| 
|---|---|---|
| Case No.:<br>4:20 MJ 7161 SPM | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

**Certification**

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

                                   *Executing officer's signature*

                                   *Printed name and title*