**FILED**

MAY 27 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) <br> ) <br> THE PREMISES LOCATED AT 9030 Saint ) <br> Louis Avenue, St. Louis, MO 63114, and any ) <br> person located at the SUBJECT PREMISES. ) <br> ) <br> ) <br> ) <br> ) | No. 4:20 MJ 7161 SPM <br><br> **FILED UNDER SEAL** |

## MOTION FOR SEALING ORDER

COMES NOW the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Robert F. Livergood, Assistant United States Attorney for said District and moves this Court for an order directing that the search warrant, along with its application, affidavit, and return, entered by this Court be sealed until November 27, 2020, except for the limited purposes of providing same to defense counsel pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure.

In support of this Motion, the Government provides the following facts, establishing that (a) the government has a compelling interest in sealing the documents in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to sealing is appropriate or practical:

This is an on-going investigation and involves privacy interests of a person under investigation but not yet charged.

WHEREFORE, for the reasons stated above, the Government respectfully requests that the search warrant, along with its application, affidavit, and return, be sealed until November 27, 2020.

Dated this 27th day of May 2020.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney


*/s/ Robert F. Livergood*
ROBERT F. LIVERGOOD, #35432MO
Assistant United States Attorney