FILED
MAY 27 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) |
| | ) No. 4:20 MJ 7161 SPM |
| THE PREMISES LOCATED AT 9030 Saint Louis Avenue, St. Louis, MO 63114, and any person located at the SUBJECT PREMISES. | ) **FILED UNDER SEAL** |

## ORDER

On motion of the United States of America, IT IS HEREBY ORDERED that the search warrant, along with its application, affidavit, and return, and this Order issued thereto, be sealed until November 27, 2020, except for the limited purposes of providing same to defendant counsel pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure.

This Order is based upon the sealed motion of the Government establishing that: (a) the government has a compelling interest in sealing the documents in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to sealing is appropriate or practical.

SHIRLEY P. MENSAH
United States Magistrate Judge

Dated this 27th day of May 2020.