AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>THE PREMISES LOCATED AT: 9030 Saint Louis Avenue, St. Louis, MO 63114, and any person located at the SUBJECT PREMISES. ) ) ) ) ) ) ) | Case No.  4:20 MJ 7161 SPM<br>SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     EASTERN     District of     MISSOURI
*(identify the person or describe the property to be searched and give its location)*:

THE PREMISES LOCATED AT: 9030 Saint Louis Avenue, St. Louis, MO 63114, and any person located at the SUBJECT PREMISES.

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before     June 10, 2020     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Honorable Shirley Padmore Mensah, U.S. Magistrate Judge     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  5·27·2020; 16:21     _____
                                                                       *Judge's signature*

City and state:       St. Louis, MO                    Honorable Shirley Padmore Mensah, U.S. Magistrate Judge
                                                                       *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 4:20 MJ 7161 SPM | 6/8/2020  6:32 PM | Frederick Bradley Living Room |

Inventory made in the presence of :
None: Bradley chose to leave during warrant execution + did not return

Inventory of the property taken and name of any person(s) seized:

See Attached FD 597

On __06/09/20__, this warrant return was submitted by reliable electronic means to the undersigned U.S. Magistrate Judge who signed and issued it in the referenced case. By reliable electronic means, this returned warrant is forwarded to the Clerk of Court for filing, with a copy to the officer who returned it.

*Shirley P. Mensah* (signature)

**SHIRLEY P. MENSAH**
**U.S. MAGISTRATE JUDGE**
   06 / 10 / 20

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/9/2020

_____
Executing officer's signature

DAVID Rapp, Special Agent
Printed name and title

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 305I-SL-3269636

On (date): 6/8/2020

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): 

(Street Address): 9030 St. Louis Ave

(City): St. Louis, MO  63114

Description of Item(s): Western Digital External hard drive, S/N WXL1A68EU453; (1) Blue Biomedical Systems 4GB thumb drive; (1) SanDisk 64GB Cruzer Glide thumb drive; PNY 32GB thumb drive (2); (1) 16GB Geek Squad thumb drive; (1) Sandisk Cruzer micro 8GB thumb drive; Apple iPhone 6, model A1549, S/N F17NQ2AJG5ML; HP Omen laptop S/N 5CD01305YN; CMSTACKER Cooler Master computer tower RC810SSN10072801062

Received By: (Signature) 

Received From: Left @ Residence (Signature)

Printed Name/Title: Gregory S. Marx/SA

Printed Name/Title: