UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | No. 4:20 MJ 7161 SPM |
| The premises located at 9030 Saint Louis ) | |
| Avenue, St. Louis, MO 63114, and any person ) | **FILED UNDER SEAL** |
| located at the SUBJECT PREMISES. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

## MOTION FOR SEALING ORDER

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and, Robert F. Livergood, Assistant United States Attorney for said District, and moves this Court for an order directing that the search warrant and affidavit entered by this Court be sealed until May 27, 2021, except for the limited purposes of providing same to defendant counsel pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure.

In support of this Motion, the Government provides the following facts, establishing that (a) the government has a compelling interest in sealing the documents in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to sealing is appropriate or practical:

Because this investigation is ongoing and its success would be jeopardized if the contents of the affidavit were made public, the Government requests that the affidavit and the accompanying warrant documents be sealed for the stated period of time.

WHEREFORE, for the reasons stated above, the Government respectfully requests that the warrant, along with its application, affidavit, and return, be sealed until May 27, 2021.

Dated this 19th day of November 2020.

                                                          Respectfully submitted,

                                                          JEFFREY B. JENSEN
United States Attorney

*/s/ Robert F. Livergood*
ROBERT F. LIVERGOOD, #35432MO
Assistant United States Attorney